IT IS ORDERED AND NOTICE IS GIVEN that unless within 23 days of the date in the FILED stamp above an interested party BOTH: (1) files a written objection to the Motion below, SETTING FORTH the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with 3 or 4, at 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with a 6 or 7, at 405 E 8th Ave #2600, Eugene OR 97401), AND (2) serves a copy on the movant and any attorney for the movant at the service address(es) below, the movant will thereafter settle and compromise the matter upon the terms below and the settlement will be deemed approved without further order.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re <br><br> <u>Debtor(s)</u> | Case No._____ <br> Adv. Proc. No._____ |
| Plaintiff(s) <br><br> v. <br><br> <u>Defendant(s)</u> | MOTION AND NOTICE OF INTENT TO SETTLE AND COMPROMISE ADVERSARY PROCEEDING, **AND ORDER THEREON** |

The undersigned trustee, _____, moves to settle and compromise the above adversary proceeding upon the following terms:

**4. The payment by Holcomb is for settlement purposes only and there is no admission of liability.**

**5. In the trustee's business judgment, due to the uncertainty of litigation and the on-going costs of pursuing the estate's claims against Holcomb, the proposed settlement and compromise is fair and equitable and in the best interests of creditors and the bankruptcy estate.**

###

DATE: **2/3/16**

**/s/ Brent G. Summers**
Attorney for Trustee

Service Address: **870 W. Centennial Blvd.**

**Springfield, OR 97477**

Name of Attorney for Trustee: **Brent G. Summers, OSB No. 824060**

Service Address: **2501 SW 1st Ave., Ste 390**

**Portland, OR 97201**