Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: N/A

_____

THOMAS M. RENN
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF OREGON

| | |
|---|---|
| In re: | )   Case No. 12-63884-tmr7 |
| | ) |
| Berjac of Oregon, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Thomas A. Huntsberger, Trustee of the Chapter 7 Bankruptcy Estate of Berjac of Oregon, | )   Adv. Proc. No. 14-06158-tmr |
| | ) |
| | )   STIPULATED JUDGMENT OF DISMISSAL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FRED W. HOLCOMB, an individual; and HOLCOMB JOINT TRUST acting by and through Fred W. Holcomb, Trustee or successor trustee, | ) |
| | ) |
| Defendant. | ) |

Pursuant to Fed.R.Civ.P. Rule 41 and Based Upon the Stipulation of the Parties, as evidenced by the signatures below,

////

////

**Page 1 of 2 – STIPULATED JUDGMENT OF DISMISSAL**

Tarlow Naito & Summers, LLP
2501 SW First Avenue, Suite 390
Portland OR 97201
Ph: 503.968.9000 Fax: 503.968.9002
*11000.1713 029 llv Stipulated Jt of Dismissal.doc\Thomas A/4/15/2016-1*

IT IS HEREBY ORDERED that Plaintiff's complaint is hereby dismissed with prejudice, and with no award of costs, disbursements or attorney fees to any party.

### 

IT IS SO STIPULATED:

TARLOW NAITO & SUMMERS, LLP          CABLE HUSTON LLP
.

By:    /s/Brent G. Summers                        /s/Laura Walker
         Brent G. Summers                          Laura Walker OSB No. 794329
         Of Attorneys for Plaintiff               Of Attorney for Defendants
         Dated:  April 15, 2016                   Dated:  April 18, 2016

SO NOTICED:

TARLOW, NAITO & SUMMERS, LLP

By:    /s/Brent G. Summers
         Brent G. Summers, OSB No. 824060
         2501 SW First Avenue, #390
         Portland, OR 97201
         Telephone:  503.968.9000
         Of Attorneys for Plaintiff

Tarlow Naito & Summers, LLP
2501 SW First Avenue, Suite 390
Portland OR 97201
Ph:  503.968.9000  Fax:  503.968.9002
*11000.1713 029 llv Stipulated Jt of
Dismissal.doc\Thomas A/4/15/2016-1*